# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

## OFFENSE CHARGED

18 USC §§ 1538(a)(1) and 1540(b)(1) - Endangered Species Act (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; 1 year supervised release; $100,000 fine and $25 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

▶ STEVEN TIEU (aka COUNG TIEU)

DISTRICT COURT NUMBER
CR-08-0203 WDB

FILED APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Fish and Wildlife Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MAUREEN C. BESSETTE

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

APR - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0203 WDB |
| Plaintiff, | VIOLATION: 16 U.S.C. §§ 1538(a)(1)(A) and 1540 (b)(1) - Endangered Species Act |
| v. | Class A Misdemeanor |
| STEVEN TIEU aka COUNG TIEU, | |
| Defendant. | OAKLAND VENUE |

SUPERSEDING INFORMATION

The United States Attorney charges:

BACKGROUND

At all times material to this Information, and incorporated by reference in all counts:

1. Defendant STEVEN TIEU aka COUNG TIEU has been a resident of Hercules, California from at least September 2004 to the present.

2. **CITES.** Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") is an international treaty created to protect certain species of fish and wildlife against over-exploitation. Appendix I of CITES lists wildlife species which are threatened with extinction and for which trade must be subject to particularly strict regulation and only authorized in exceptional circumstances. CITES, Art. II, § 1.

SUPERSEDING INFORMATION

3. The nations which are members of CITES have agreed to monitor and regulate trade in Appendix I and II species by prohibiting international trade of these species unless certain permits are first obtained and presented. The United States and Vietnam have been members of CITES since 1975 and 1994, respectively.

4. Importation of CITES Appendix I species require that both the exporting and importing countries issue CITES permits for an importation. CITES provides an exception to this requirement when the exporting country issues a CITES document certifying that the exported species was artificially propagated/bred in captivity or was acquired prior to the date of the CITES listing.

5. **The Endangered Species Act.** The Endangered Species Act ("ESA") implements the provisions of CITES and prohibits any person from engaging "in trade of any species contrary to the provisions of [CITES], or to possess any specimens traded contrary to the provisions of [CITES] . . . ." 16 U.S.C. § 1538(c)(1).

6. The ESA prohibits, except as permitted by regulation, the take, import or export of any endangered or threatened species. Additionally, the ESA and the implementing regulations found in 50 C.F.R. Part 23 prohibit the importation or exportation of wildlife and their parts, listed on Appendix I in the CITES without first obtaining the proper permits. Under the ESA, 16 U.S.C. § 1538(c), it is a misdemeanor for any person subject to the jurisdiction of the United States to engage in any trade in, or to possess, any specimens contrary to the provisions of CITES.

7. The ESA requires that a wildlife declaration be filled in, declaring the importation of all wildlife. 16 U.S.C. § 1538(e).

8. **Tigers.** Tigers (*Panthera tigris*) have been listed on Appendix I of CITES since July 1, 1975. 50 C.F.R. § 23.23 and have been listed as an endangered species under 50 C.F.R. 17.11 since June 2, 1970. 35 Fed. Reg. 8491 (Jun. 2, 1970).

9. Neither defendant STEVEN TIEU aka COUNG TIEU, nor any other person obtained permits to export and import the mounted tiger, shipped from Vietnam to San Francisco, California on or about December 4, 2007. Neither defendant TIEU nor any other person filed a

SUPERSEDING INFORMATION

1 | declaration form declaring the tiger importation.

2 | COUNT ONE: (16 U.S.C. §§ 1538(a)(1)(A), 1540(b)(1)-- Endangered Species Act)

3 |    10. On or about and between December 1, 2007 and December 4, 2007, both dates being approximate and inclusive, in the Northern District of California and elsewhere, defendant

STEVEN TIEU aka COUNG TIEU,

did knowingly engage in the trade of specimens of wildlife, that is the species *Panthera tigris*, commonly known as tiger, an endangered species listed on Appendix I of the CITES, contrary to the provisions of CITES, in that defendant imported a real mounted tiger, from Vietnam, through San Francisco, California, en route to 118 Agate Way, Hercules, California, without an export permit from Vietnam and without an import permit from the United States, all in violation of Title 16, United States Code, Sections 1538(a)(1)(A) and 1540(b)(1).

DATED: April 2, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakand Division

(Approved as to form:
AUSA Bessette

SUPERSEDING INFORMATION