```
1  STUART HANLON, SBN: 66104
   LAW OFFICES OF STUART HANLON
2  179 11th Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   STEVEN TIEU aka CUONG TIEU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.  CR 08-0203 WDB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **TO ADVANCE CHANGE OF PLEA** |
| v.  ) | **HEARING DATE** |
| ) | |
| ) | |
| STEVEN TIEU aka CUONG TIEU, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by the parties that the Change of Plea Hearing presently scheduled for April 18, at 11:00 a.m. before the Honorable Magistrate Wayne D. Brazil, is hereby advanced to April 16, 2008, at 11:00 a.m.

```
Dated: April 10, 2008          s/Stuart Hanlon
                               CSBN: 66104
                               Attorney for Defendant
                               STEVEN TIEU aka CUONG TIEU
                               179 11th Street, 2nd Floor
                               San Francisco, CA 94103
                               415/864-5600
                               stuart@stuarthanlonlaw.com
```

*TIEU: Stipulation and Order To Advance Change of Plea Hearing Date*     1

```
                                    s/Maureen C. Bessette
                                    Assistant U.S. Attorney
                                    (Signature approved by telephone)
                                    Office of The U.S. Attorney
                                    1301 Clay Street, Suite 340S
                                    Oakland, CA 94612
                                    510/637-3680
```

**ORDER**

Pursuant to the Stipulation by and between the parties set forth below:

IT IS HEREBY ORDERED that the hearing currently set for April 18, 2008, for Change of Plea, is advanced to April 16, 2008 at 11:00 a.m.

Dated:_____          _____
                            Magistrate Judge Wayne D. Brazil
                            United States District Court

2