```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
STEVEN TIEU aka CUONG TIEU
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 08-0203 WDB |
| ) | |
| Plaintiff, ) | **CORRECTED** |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | **TO ADVANCE CHANGE OF PLEA** |
| ) | **HEARING DATE** |
| STEVEN TIEU aka CUONG TIEU, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by the parties that the Change of Plea Hearing presently scheduled for April 18, at 10:00 a.m. before the Honorable Magistrate Wayne D. Brazil, is hereby advanced to April 16, 2008, at 10:00 a.m.

```
Dated: April 14, 2008            s/Stuart Hanlon
                                 CSBN: 66104
                                 Attorney for Defendant
                                 STEVEN TIEU aka CUONG TIEU
                                 179 11th Street, 2nd Floor
                                 San Francisco, CA 94103
                                 415/864-5600
                                 stuart@stuarthanlonlaw.com
```

*TIEU: Stipulation and Order To Advance Change of Plea Hearing Date*                1

```
                                    s/Maureen C. Bessette
                                    Assistant U.S. Attorney
                                    (Signature approved by telephone)
                                    Office of The U.S. Attorney
                                    1301 Clay Street, Suite 340S
                                    Oakland, CA 94612
                                    510/637-3680
```

**ORDER**

Pursuant to the Stipulation by and between the parties set forth below:

IT IS HEREBY ORDERED that the hearing currently set for April 18, 2008, for Change of Plea, is advanced to April 16, 2008 at 10:00 a.m.

Dated:_____          _____
                             Magistrate Judge Wayne D. Brazil
                             United States District Court

2