1  STUART HANLON, SBN: 66104
   LAW OFFICES OF STUART HANLON
2  179 11th Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   STEVEN TIEU aka CUONG TIEU

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.  CR 08-0203 WDB |
| Plaintiff, ) | **CORRECTED** |
|  ) | **STIPULATION AND ORDER TO ADVANCE** |
| v. ) | **CHANGE OF PLEA HEARING DATE** |
| STEVEN TIEU aka CUONG TIEU, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by the parties that the Change of Plea Hearing presently scheduled for April 18, at 10:00 a.m. before the Honorable Magistrate Wayne D. Brazil, is hereby advanced to April 16, 2008, at 10:00 a.m.

Dated: April 14, 2008          s/Stuart Hanlon
                               CSBN: 66104
                               Attorney for Defendant
                               STEVEN TIEU aka CUONG TIEU
                               179 11th Street, 2nd Floor
                               San Francisco, CA 94103
                               415/864-5600
                               stuart@stuarthanlonlaw.com

*TIEU: Stipulation and Order To Advance Change of Plea Hearing Date*                1

|   |   |
|---|---|
| 1 | s/Maureen C. Bessette |
|   | Assistant U.S. Attorney |
| 2 | *(Signature approved by telephone)* |
|   | Office of The U.S. Attorney |
| 3 | 1301 Clay Street, Suite 340S |
|   | Oakland, CA 94612 |
| 4 | 510/637-3680 |

**ORDER**

Pursuant to the Stipulation by and between the parties set forth below:

IT IS HEREBY ORDERED that the hearing currently set for April 18, 2008, for Change of Plea, is advanced to April 16, 2008 at 10:00 a.m.

Dated: April 15, 2008

Magistrate Judge Wayne D. Brazil
United States District Court

2