04/28/2008 01:35 PM EST

Version 7.0.1

**Oakland**

**FILED**

**MAY - 1 2008**

RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Case Debt Type Payment Report
### U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Case No. DCAN408CR000203** | | **US VS TIEU** | | | | | | | |
| 001 | STEVEN TIEU | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002112 | 1 | PR | 25.00 | 04/24/2008 |
| | | | | | | **Division Payment Total** | | | 25.00 | |
| | | | | | | **Grand Total** | | | 25.00 | |

$ _JS (N)_  ____ SPECIAL ASSESSMENT  m  4/24/08
            ____ PAID IN FULL

Page 1 of 1