AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

| | | |
|---|---|---|
| DEFENDANT: | STEVEN TIEU aka CUONG TIEU | Judgment - Page 1 of 3 |
| CASE NUMBER: | CR-08-00203-001 CRB | |

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>STEVEN TIEU<br>AKA CUONG TIEU | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-08-00203-001 CRB<br>BOP Case Number:   DCAN308CR000203-001<br>USM Number:           15593-111<br>Defendant's Attorney : Richard Mazer |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>One and Two</u> of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Offender violated the mandatory condition that the defendant shall not comm another federal, state or local crime | April 2010 |
| Two | Offender violated standard condition number eleven that the defendant shall notify the probation officer within seventy-to hours of being arrested or questioned by a law enforcement officer. | March 14, 2011 |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]  The defendant has not violated condition(s)   and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:    0276

Defendant's Date of Birth:    1969

Defendant's USM No.:    15593-111

<u>Defendant's Residence Address:</u> N/A

<u>Defendant's Mailing Address:</u>

AO 245D (Rev. 9/00)  - Judgment in a Criminal Case for Revocation

| | |
|---|---|
| DEFENDANT: STEVEN TIEU aka CUONG TIEU | Judgment - Page 2 of 3 |
| CASE NUMBER: CR-08-00203-001 CRB | |

December 5, 2012
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Honorable Charles R. Breyer, U. S. District Judge
Name & Title of Judicial Officer

 December 7, 2012
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT: STEVEN TIEU aka CUONG TIEU    Judgment - Page 3 of 3
CASE NUMBER: CR-08-00203-001 CRB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **time served**.

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

[x]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal